UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA CAREY, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>MAURICIO TORRES, et al.,<br><br>       Defendants. | Case No. 24-cv-09534-SK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

It appears that this case is potentially related to 24-cv-07354, *Carey v. Torres*, with the Hon. Thomas S. Hixson presiding. Because 24-cv-07354 is the lowest-numbered case, the Court therefore REFERS this case to Judge Hixson and requests that Judge Hixson consider whether these cases are related. Civil L.R. 3-12(c).

The Case Management Conference scheduled for March 31, 2025 is hereby VACATED.

**IT IS SO ORDERED**.

Dated: January 6, 2025

_____
SALLIE KIM
United States Magistrate Judge