UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA CAREY,<br><br>            Plaintiff,<br><br>       v.<br><br>MAURICIO TORRES,<br><br>            Defendant. | Case No. 24-cv-07354-TSH<br><br>**ORDER TO SHOW CAUSE** |

On December 20, 2024, the Court screened Plaintiff Cecilia Carey's First Amended Complaint, finding it deficient under 28 U.S.C. § 1915(e). ECF No. 8. The Court directed Plaintiff to file a second amended complaint by January 17, 2025, warning that if she failed to do so, this case would likely be reassigned to a district judge with a recommendation for dismissal. Plaintiff has failed to file an amended complaint or otherwise respond.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court **ORDERS** Plaintiff Cecilia Carey to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by February 6, 2025. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: January 23, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge